UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE PATTISON, | Case No.: 3:19-CV-00539-RCJ-CLB |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 7) |
| vs. | |
| GARRIT PRUYT, *et al*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 7[1]) entered on January 30, 2020, recommending that the Court grant Plaintiff Pattison's Application to Proceed *In Forma Pauperis* (ECF No. 1), the First Amended Complaint (ECF No. 5) be dismissed with prejudice, and pending motions (ECF Nos. 1-3, 1-4, 3, 6) be denied as moot. On February 6, 2020, Plaintiff filed Objections to Magistrate Judge's Report (ECF No. 8).

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report

---

[1] Refers to Court's docket number.

1

and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Baldwin's Report and Recommendation (ECF No. 7), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Pattison's Application to Proceed *In Forma Pauperis* (ECF No. 1) is GRANTED.

**IT IS FURTHER ORDERED** that the First Amended Complaint (ECF No. 5) is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that pending motions (ECF Nos. 1-3, 1-4, 3, 6) are DENIED as MOOT.

**IT IS FURTHER ORDERED** that the clerk shall close this case.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2020.

_____
ROBERT C. JONES
United States District Judge