# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANTE PATTISON, | Case No.: 3:19-CV-00539-RCJ-CLB |
| Plaintiff, | USCA No: 20-15454 |
| vs. | **ORDER** |
| GARRIT PRUYT, *et al.*, | |
| Defendants. | |

In accordance with (ECF No. 12) this matter is referred to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith.

IT IS HEREBY ORDERED that this Court certifies that any *in forma pauperis* for this appeal would **not** be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 24th day of March, 2020.

_____
ROBERT C. JONES
United States District Court Judge